**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
PHILLIP JONES,                    ) NO. EDCV 11-477-VAP (MAN)
                                  )
          Petitioner,             )
                                  )
     v.                           ) JUDGMENT
                                  )
MR. McDONALD, WARDEN,             )
                                  )
          Respondent.             )
_____)
```

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: ___March 31, 2011___ .

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE